IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ENYINNE EUNICE EMUCHAY,

       Petitioner,

v.                                          CASE NO. 4:04-cv-00300-MP-AK

JOSE VASQUEZ,

       Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 5, Report and Recommendations of the

Magistrate Judge, recommending that the petition for writ of habeas corpus, filed pursuant to 28

U.S.C. § 2241, be denied.  Petitioner filed objections, doc. 7, which the Court has reviewed.

Since petitioner's claim is brought via 28 U.S.C. § 2241, she must satisfy the "savings clause"

from 28 U.S.C. § 2255, as defined in Wofford v. Scott, 177 F.3d 1236, 1244 (11th Cir. 1999).

Among other things, Wofford requires that the petitioner be relying on a decision of the Supreme

Court which the Supreme Court has expressly made retroactive.  The Court agrees with the

Magistrate Judge that neither Booker nor Blakely have been made retroactively applicable.

Therefore, petitioner's claims do not satisfy the Wofford test.  Accordingly, it is hereby

       **ORDERED AND ADJUDGED:**

     1.      The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

     2.      This action is DISMISSED, and the clerk is directed to close the file.

     **DONE AND ORDERED** this  _22nd_  day of June, 2005

                          *s/Maurice M. Paul*

                       Maurice M. Paul, Senior District Judge